OPINION — AG — ** (1) THE BOARD OF OKLAHOMA LICENSED SOCIAL WORKERS IS 'NOT' RESTRICTED FROM LICENSING NON RESIDENTS. (2) THE BOARD HAS THE AUTHORITY TO INVESTIGATE THOSE PERSONS BELIEVED TO BE VIOLATING THE LAWS APPLICABLE TO SOCIAL WORKERS. (3) ANY PUBLIC RECORD SHOULD BE ACCESSIBLE WITHOUT A SUBPOENA (4) EMPLOYEES OF HEALTH CARE FACILITIES LICENSED BY THE STATE ARE EXEMPT FROM 59 O.S. 1250 [59-1250], 59 O.S. 1272.1 [59-1272.1] (5) NON PERSON WHO IS 'NOT' LICENSED IN OKLAHOMA OR WHO ARE NOT PREVIOUSLY REGISTERED MAY PRACTICE SOCIAL WORK OR HOLD THEMSELVES OUT AS BEING IN THE PRACTICE OF SOCIAL WORK IN OKLAHOMA UNLESS EXEMPT FROM 59 O.S. 1251 [59-1251](B) (6) WHETHER THE DISPLAY OF A DIPLOMA OR CERTIFICATE CONSTITUTES HOLDING ONE'S SELF OUT AS A SOCIAL WORKER IS A QUESTION OF FACT. (AUTHORITY, JURISDICTION, PUBLIC RECORD, INSPECTION OF PUBLIC RECORD, PROFESSIONS AND OCCUPATIONS, FEDERAL DEFINITION, REGISTERED) CITE: 51 O.S. 24 [51-24], 59 O.S. 1250 [59-1250], 59 O.S. 1251 [59-1251] [59-1251], 59 O.S. 1251 [59-1251](C), 59 O.S. 1251 [59-1251] [59-1251](A), 59 O.S. 1256 [59-1256], 59 O.S. 1261.1 [59-1261.1] [59-1261.1] (SUSAN M. MCNAUGHTON) ** SEE: OPINION NO. 95-027 (1995) **